IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3033 |
| | ) | |
| v. | ) | |
| | ) | |
| JESUS ELIAS PACHECO-CORRAL, | ) | ORDER GRANTING ORAL MOTION TO |
| | ) | CONTINUE SENTENCING HEARING |
| Defendant. | ) | |
| | ) | |

    Counsel for the government orally moved to continue the sentencing hearing for Jesus Elias Pacheco-Corral for one-week, because government's counsel is scheduled to begin a trial in Omaha for another case on July 26, the date previously scheduled for the sentencing hearing for the defendant in the above-titled case, docket entry 36. Counsel for the defendant has no objection to a one-week continuance.

    IT IS ORDERED that:

1. the oral motion to continue the sentencing hearing for the defendant, docket entry 36, is granted;

2. the sentencing hearing for Jesus Elias Pacheco-Corral is continued to August 2, 2010, at 12:15 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. the defendant shall be present for the hearing.

Dated July 7, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge