IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:10CR3033 |
| ) | |
| JESUS ELIAS PACHECO-CORRAL, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Extend Deadline for Filing Statement per Paragraph Six on Sentencing Schedule, filing 38, from July 15, 2010, for approximately one week until July 22, 2010. The Court noting that the Government has no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that:

1. the defendant's statement per paragraph six shall now be due on the 22nd day of July, 2010;

2. the date for the judge's notice to counsel of rulings, tentative findings, and whether oral testimony is to be permitted is extended to July 28, 2010;

3. the sentencing date remains as scheduled on August 2, 2010, at 12:15 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

4. the defendant shall be present at the hearing.

Dated July 14, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge