IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:10CR3033 |
| ) | |
| v. ) | |
| ) | |
| JESUS ELIAS PACHECO-CORRAL, ) | ORDER GRANTING MOTION TO |
| ) | EXTEND STATEMENT DEADLINE |
| Defendant. ) | |
| ) | |

    IT IS ORDERED that the government's Motion to Extend Statement Deadline, filing 40, is granted and the government's statement shall filed and served on or before July 22, 2010.

    Dated July 19, 2010.

                                BY THE COURT

                                s/ Warren K. Urbom
                                United States Senior District Judge

: