IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:10CR3033 |
| v. | ) | |
| JESUS ELIAS PACHECO-CORRAL, | ) | ORDER ON MOTION TO SEAL |
| Defendant. | ) | |

IT IS ORDERED that the Motion to Seal, filing 44, is granted and filing 42 shall be and shall remain sealed until further order of the court.

Dated July 28, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge