IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3033 |
| | ) | |
| v. | ) | |
| | ) | |
| JESUS ELIAS PACHECO-CORRAL, | ) | TENTATIVE FINDINGS ON REVISED |
| | ) | PRESENTENCE INVESTIGATION |
| Defendant. | ) | REPORT |
| | ) | |

    The plaintiff has objected to paragraphs 20, 23, 25, 28, 32, and 47, relating to the amount of marijuana for which the defendant should be responsible and whether the defendant has obstructed justice and whether the defendant has accepted responsibility.  The defendant has objected to paragraphs 14, 18, 20, and 28 of the Revised Presentence Investigation Report regarding the amount of marijuana for which the defendant should be responsible.

    The request for an evidentiary hearing shall be granted and evidence may be presented at the time of the sentencing hearing.

    Otherwise, the Revised Presentence Investigation Report is tentatively found to be true and accurate.

    Dated July 28, 2010.

                                BY THE COURT

                                s/ Warren K. Urbom
                                United States Senior District Judge